742

No. 457. STUYVESANT INSURANCE Co. *v.* SUSSEX FIRE INS. Co. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Robert Kelly Prentice, John A. Hartpence,* and *Thomas G. Haight* for petitioner. *Mr. Arthur T. Vanderbilt* for respondent.

Nos. 460 and 461. ASSOCIATED INVESTING CORP. *v.* UTILITIES POWER & LIGHT CORP. ET AL. November 8, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Moultrie Hitt* for petitioner. *Messrs. Charles LeRoy Brown, Jacob Logan Fox* and *Nathan S. Blumberg,* for respondent Atlas Corporation. *Messrs. Arthur A. Gammell,* and *William P. Sidley* for respondent Chase National Bank.

No. 463. PARKER *v.* MISSISSIPPI STATE TAX COMM'N. November 8, 1937. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Mr. T. H. Hedgepeth* for petitioner. No appearance for respondent.

No. 464. PHIPPS *v.* COMMISSIONER OF INTERNAL REVENUE. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. David A. Reed* and *W. A. Seifert* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Helen R. Carloss* for respondent.

No. 466. READING HOTEL CORP. *v.* PROTECTIVE COMMITTEE ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third

Circuit denied. *Mr. William A. Schnader* for petitioner. *Messrs. Robert T. McCracken, Mercer B. Tate, Jr.,* and *T. Iaeger Snyder* for respondents.

No. 467. PRICE ET AL. *v.* READING HOTEL CORP. ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Percival H. Granger* for petitioners. *Messrs. Robert T. McCracken, Mercer B. Tate, Jr.,* and *T. Iaeger Snyder* for respondents.

No. 468. MEYER *v.* READING HOTEL CORP. ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George Wharton Pepper, Harry Felix, Isaac A. Pennypacker,* and *James A. Montgomery, Jr.,* for petitioner. *Messrs. Robert T. McCracken, Mercer B. Tate, Jr.,* and *T. Iaeger Snyder* for respondents.

No. 470. D. A. SCHULTE, INC. *v.* CENTRAL MANHATTAN PROPERTIES, INC., ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray C. Bernays* for petitioner. *Messrs. George R. Coughlan* and *William B. Chadbourne* for respondents.

No. 471. D. A. SCHULTE, INC. *v.* GUINZBURG ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray C. Bernays* for petitioner. *Mr. James Marshall* for respondents.